## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MAHDIYAR DEHSHIRI**, *et al.*,

               **Plaintiffs,**

      v.

**MARCO RUBIO,**[1] **Secretary of State,** *et al.,*

               **Defendants.**

**Case No. 24-cv-3098 (GMH)**

### <u>ORDER</u>

As discussed in the Memorandum Opinion issued today, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 16, is **GRANTED** and the case is **DISMISSED**.  The Clerk of Court is respectfully directed to terminate all pending deadlines and close this case.

This is a final, appealable Order.

Date: July 7, 2025

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The current Secretary of State Marco Rubio is substituted as Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.